**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7368**

---

DARRELL ANDRE TONKINS,

Plaintiff - Appellant,

versus

NEWPORT NEWS CITY JAIL; CHUCK MOORE, Jail
Administrator; E. L. BOWER, Captain, Chief
Administrator,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-95-157-AM)

---

Submitted: December 11, 1997      Decided: December 23, 1997

---

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Darrell Andre Tonkins, Appellant Pro Se. Bruce Christopher Sams, SAMS & HAWKINS, P.C., Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion, dismissing the action because it failed to state a claim upon which relief could be granted under 28 U.S.C. § 1915A(b)(1) (West Supp. 1997), and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tonkins v. Newport News City Jail</u>, No. CA-95-157-AM (E.D. Va. Aug. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>